UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MONTSERRAT REYES,
                  Plaintiff,

-v-

LAW OFFICES OF SANDY KHINE, PC, *et al.*,
                  Defendants.

23-CV-7957 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (ECF No. 17.) The proposed settlement involves $20,000 to be allocated to Plaintiff Montserrat Reyes in connection with her FLSA claims. (*Id.*) Plaintiff's counsel will collect one-third of the settlement sum in attorney's fees, plus out-of-pocket costs and disbursements, which total $555.19. (ECF No. 17 at 4.)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at ECF No. 17 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: January 16, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge